**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00582-EPG (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION SEEKING TO VACATE ORDER REQUIRING PAYMENT OF FILING FEE**<br><br>(ECF NO. 14) |

　　　　Plaintiff, Charles Bell, is a state prisoner proceeding *pro se* in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff applied to proceed in this action *in forma pauperis* ("IFP"). (ECF No. 2.) On May 2, 2018, Plaintiff's application to proceed IFP status was granted. (ECF No. 7.)

　　　　On September 19, 2018, the undersigned entered an order finding that Plaintiff's complaint stated a cognizable claim against Defendants. (ECF No. 11.) Chief District Judge Lawrence J. O'Neill subsequently issued an order dismissing the case. (ECF No. 12.)

　　　　Now before the Court is Plaintiff's motion requesting that he not be required to pay the remainder of the filing fee installments, which are being taken out of Plaintiff's prisoner account. (ECF No. 14.) Plaintiff argues that he should not be required to pay the filing fee for this dismissed action because if it did not have merit, the Court should not have granted him IFP status. (*Id.*) Plaintiff requests that the Court vacate the order requiring the filing fee be taken from Plaintiff's prison account.

1

1       As was explained to Plaintiff in the order granting his application to proceed IFP in this action, the entire $350.00 filing fee for this action is statutorily required, and Plaintiff is obligated to pay it. (ECF No. 7.) The filing fee must be collected from Plaintiff's institutional account, regardless of the outcome of this action and therefore regardless of the dismissal of his action. *See* 28 U.S.C. § 1915(b)(1) (requiring prisoner bringing § 1983 action IFP "to pay the full amount of a filing fee" and requiring that fee to be collected from the prisoner's account); *Vartanpour v. Neven*, No. 215-CV-00951-JAD-CWH, 2016 WL 589669, at *1 (D. Nev. Feb. 10, 2016) ("The entire $350.00 filing fee will remain due and payable, and will be collected from Plaintiff's institutional account regardless of the outcome of this action.").

      It is not possible for the Court to screen the case and go forward with substantial evaluation before it decides whether the grant IFP status. The filing fee is due upon filing the lawsuit, before the Court proceeds at all to adjudicate Plaintiff's complaint.

      Accordingly, it is ORDERED that Plaintiff's motion requesting that the Court vacate its order requiring Plaintiff to pay the filing fee is DENIED.

IT IS SO ORDERED.

Dated:   **October 10, 2018**　　　　　　/s/ Erin P. Gro[signature]
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE